WARD, Respondent, *v.* ROCHESTER ELECTRIC RY. CO., Appellant.

(*Supreme Court, General Term, Fifth Department.*  June, 1891.)

Action by Bridget Ward against the Rochester Electric Railway Company.

No opinion.   Reargument ordered.

---

CURRAN, Appellant, *v.* CHRISTIE, Respondent.

(*Common Pleas of New York City and County, General Term.*  May 4, 1891.)

Appeal from city court, general term.

Action by James Curran against David Christie.

No opinion.   Appeal dismissed, with costs.

---

HOLLAND, Respondent, *v.* BLOCK, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 4, 1891.)

Appeal from tenth district court.

Action by Margaret Holland against Benjamin Block.

No opinion.   Judgment reversed, new trial ordered, costs to abide the event.

---

ANTHONY *et al.*, Respondents, *v.* WILEY, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 4, 1891.)

Action by E. & H. T. Anthony against Edwin Wiley.

No opinion.   Judgment affirmed by default.

---

SCOTT, Respondent, *v.* MANHATTAN RY. CO., Appellant.

(*Common Pleas of New York City and County, General Term.*  May 6, 1891.)

Appeal from trial term.

Action by Edward R. Scott against the Manhattan Railway Company.

No opinion.   Judgment affirmed, with costs.

---

WENDELL, Respondent, *v.* HAZARD, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 6, 1891.)

Appeal from judgment of this court.

Action by John J. Wendell against Rowland N. Hazard.

No opinion.   Judgment affirmed, with costs.

---

HANSON *et al.*, Appellants, *v.* LANGAN *et al.*, Respondents.

(*Common Pleas of New York City and County, General Term.*  May 7, 1891.)

Appeal from city court, general term.

No opinion.   Order affirmed, with costs.   See 9 N. Y. Supp. 625.

---

URBACH, Respondent, *v.* MULCH, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 7, 1891.)

Appeal from trial term.

Action by William Urbach against Theodore H. Mulch.

No opinion.   Judgment affirmed, with costs.